UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
**FILED**

JUN - 5 2008

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 06-84

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                              O R D E R

JOHN E. BAXTER                                                  DEFENDANT

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge, and there being no objections filed thereto, and the court being advised,

**IT IS ORDERED AND ADJUDGED** as follows:

That the Report and Recommendation of the United States Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the defendant is found to have **violated** the terms of his supervised release; that the defendant, John E. Baxter, be sentenced to the custody of the Attorney General for a period of **Twelve (12) months** with no supervised release to follow; that the defendant serve the above sentence at FMC Lexington with a recommendation that during the term of imprisonment, the defendant participate in the 500-hour Residential Substance Abuse Treatment Program offered through the Bureau of Prisons; that the defendant immediately pay the $25.00 special assessment. A Modified Judgment shall enter concurrently

herewith.

This  5th  day of June, 2008.

_____
**WILLIAM O. BERTELSMAN,   JUDGE**